[Cite as *05/27/2014 Case Announcements*, 2014-Ohio-2221.]

### MISCELLANEOUS DISMISSALS

2014–0569.   State ex rel. Teagarden v. Branstool.
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.
   Upon consideration of the joint application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.